**No. 39192.**—Protest 748303–G of Coffee Products of America, Inc., Ltd. (Los Angeles).

Opinion by EVANS, J.   The merchandise in question was held free of duty as follows: (1) laurel leaves under paragraph 1722, Abstract 37263 followed; (2) marjoram leaves under paragraph 1722, *Knickerbocker* v. *United States* (T. D.

-48959) followed; and (3) thyme leaves under paragraph 1669, *Seeck* v. *United States* (T. D. 47383) followed.